# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

Acting United States Register of Copyrights and Director

**Registration Number**

**VA 2-034-612**

**Effective Date of Registration:**
March 29, 2017

## Title

**Title of Work:** Group Registration Photos, Eric Bowers 2017 Vol 1, Published Jan. 08, 2017 to Mar. 28, 2017; 104 photos.

**Content Title:** kansas_city_uav_aerial_winter_downtown-2,
kansas_city_uav_aerial_winter_downtown_panorama-3,
kansas_city_uav_aerial_winter_downtown-1 (published January 08, 2017);
kansas_city_downtown_union_station_aerial (published January 09, 2017);
kansas_city_liberty_memorial_aerial_dusk-3,
kansas_city_liberty_memorial_aerial_dusk-2,
kansas_city_liberty_memorial_aerial_dusk-1,
kansas_city_downtown_aerial_view_dusk-2,
kansas_city_downtown_aerial_view_dusk-1 (published January 10, 2017);
construction_two_light_tower_kansas_city-2,
construction_two_light_tower_kansas_city-1,
construction_two_light_tower_kansas_city-3 (published January 11, 2017);
urban_res_constr_kansas_city_crossroads_west-1,
urban_res_constr_kansas_city_crossroads_west-2 (published January 12, 2017);
kc_life_insurance_co_bldg_winter_snow-4,
kc_life_insurance_co_bldg_winter_snow-3,
kc_life_insurance_co_bldg_winter_snow-6,
kc_life_insurance_co_bldg_winter_snow-2,
kc_life_insurance_co_bldg_winter_snow-1,
kc_life_insurance_co_bldg_winter_snow-5 (published January 18, 2017);
city_urban_aerial_highrises_kcmo,
aerial_urban_panorama_kansas_city_skyline_downtown,
city_urban_aerial_highrises_kcmo-2 (published January 22, 2017);
kansas_city_downtown_urban_aerial_skyline-10,
kansas_city_downtown_urban_aerial_skyline-5,
kansas_city_downtown_urban_aerial_skyline-6,
kansas_city_downtown_urban_aerial_skyline-1,
kansas_city_downtown_urban_aerial_skyline-2,
kansas_city_street_intersection_urban_aerial-3,
kansas_city_downtown_urban_aerial_skyline-3,
kansas_city_street_intersection_urban_aerial-1,
kansas_city_street_intersection_urban_aerial-5,
kansas_city_street_intersection_urban_aerial-4,
kansas_city_street_intersection_urban_aerial-2,
kansas_city_street_intersection_urban_aerial-6,
kansas_city_downtown_urban_aerial_skyline-11,
kansas_city_downtown_urban_aerial_skyline-7 (published January 25, 2017).

kansas_city_downtown_urban_aerial_skyline-9,
kansas_city_downtown_urban_aerial_skyline-8,

kansas_city_downtown_urban_aerial_skyline-4 (published January 25, 2017); kansas_city_downtown_dusk_aerial-1, kansas_city_downtown_dusk, kansas_city_kauffman_convention_centers-1, kansas_city_kauffman_convention_centers-2, kansas_city_skyline_kauffman_center-3, kansas_city_skyline_kauffman_center-4, kansas_city_skyline_kauffman_center-2, kansas_city_skyline_kauffman_center-1, kansas_city_downtown_highway_loop_aerial, kansas_city_skyline_two_light_tower_const-4, kansas_city_skyline_two_light_tower_const-2, kansas_city_skyline_two_light_tower_const-3, kansas_city_skyline_two_light_tower_const-1, kansas_city_skyline_two_light_tower_const-7, kansas_city_skyline_two_light_tower_const-6, kansas_city_skyline_two_light_tower_const-5, kansas_city_downtown_dusk_panorama, kansas_city_downtown_dusk_aerial-2 (published February 13, 2017); kansas_city_skyline_downtown_aerial-3, kansas_city_skyline_downtown_aerial-2, kansas_city_skyline_downtown_aerial-1, kansas_city_skyline_downtown_aerial-4 (published February 16, 2017); donald_trump_presidents_day_protest_kansas_city-10, donald_trump_presidents_day_protest_kansas_city-1, donald_trump_presidents_day_protest_kansas_city-2, donald_trump_presidents_day_protest_kansas_city-3, donald_trump_presidents_day_protest_kansas_city-7, donald_trump_presidents_day_protest_kansas_city-8, donald_trump_presidents_day_protest_kansas_city-9, donald_trump_presidents_day_protest_kansas_city-12, donald_trump_presidents_day_protest_kansas_city-11, donald_trump_presidents_day_protest_kansas_city-13, donald_trump_presidents_day_protest_kansas_city-4, donald_trump_presidents_day_protest_kansas_city-5, donald_trump_presidents_day_protest_kansas_city-6 (published February 20, 2017); kansas_city_two_light_tower_construction_panorama-2 (published February 22, 2017).

4800main_bldg_exterior_populous_kc_board_of_trade-2, 4800main_bldg_exterior_populous_kc_board_of_trade-1, 4800main_bldg_exterior_populous_kc_board_of_trade-6, 4800main_bldg_exterior_populous_kc_board_of_trade-7, 4800main_bldg_exterior_populous_kc_board_of_trade-3, kansas_city_two_light_tower_construction-2, 4800main_bldg_exterior_populous_kc_board_of_trade-5, 4800main_bldg_exterior_populous_kc_board_of_trade-4, kansas_city_two_light_tower_construction-1, kansas_city_two_light_tower_construction_panorama-1 (published February 22, 2017); kansas_city_development_two_light_tower_const-1, kansas_city_development_two_light_tower_const-3, kansas_city_development_two_light_tower_const-2, kansas_city_streetcar_public_transit, hotel_midwest_kansas_city_development_site-2, home2_suites_development_kansas_city_const-1, hotel_midwest_kansas_city_development_site-1, kansas_city_skyline_downtown_panorama, home2_suites_development_kansas_city_const-2, home2_suites_development_kansas_city_const-3, home2_suites_development_kansas_city_const-4,

kansas_city_federal_reserve_bank_bldg (published February 23, 2017);
kansas_city_downtown_dusk_panorama-2,
kansas_city_downtown_dusk_panorama-1, kansas_city_downtown_dusk_aerial,
kansas_city_downtown_dusk_panorama-3,
kansas_city_downtown_dusk_panorama-4 (published March 27, 2017);
hotel_savoy_kansas_city_21C_museum_hotels (published March 28, 2017).

## Completion/Publication

**Year of Completion:** 2017
**Date of 1st Publication:** January 08, 2017
**Nation of 1st Publication:** United States

## Author

- **Author:** Eric Lee Bowers
  **Author Created:** photograph
  **Work made for hire:** No
  **Citizen of:** United States
  **Domiciled in:** United States
  **Year Born:** 1980

## Copyright Claimant

**Copyright Claimant:** Eric Lee Bowers
1851 South 31st Street, Apt. D, Kansas City, KS, 66106, United States

## Rights and Permissions

**Name:** Eric Lee Bowers
**Email:** eric@ericbowersphoto.com
**Telephone:** (816)289-9716
**Address:** 1851 South 31st Street, Apt. D
Kansas City, KS, 66106 United States

## Certification

**Name:** Joe G. Naylor
**Date:** March 29, 2017
**Applicant's Tracking Number:** USCO-03236

